1  John van Loben Sels (Bar. No. 201354)
2  Jennifer J. Shih (Bar No. 276225)
   FISH IP LAW, LLP
3  2603 Main Street, Suite 1000
   Irvine, CA 92614-4271
4  Telephone: (949) 943-8300
   Facsimile:  (949) 943-8358
5  Email: jvanlobensels@fishiplaw.com
   Email: jshih@fishiplaw.com

6  Attorneys for Plaintiffs, Julie Fish, Sky Fish,
   Robert Fish and the Putative Class.
7

8             **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10 | JULIE FISH, SKY FISH and ROBERT FISH, individuals, and on behalf of all others similarly situated, | Case No. SACV 20-942-GW-ADSx |

Judge: Hon. George H. Wu

Plaintiffs,

**ORDER**

v.

Complaint Filed: May 21, 2020

TOYOTA MOTOR SALES, U.S.A., INC., a California corporation; and TOYOTA MOTOR NORTH AMERICA, INC., a California corporation, TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., a Kentucky corporation, and DOES 1 through 10

Defendants.

[PROPOSED] ORDER

1  Before this Court is the Request for Dismissal of Entire Action filed by
2  Plaintiffs Julie Fish, Sky Fish and Robert Fish ("Plaintiffs"). Plaintiffs' request is
3  hereby GRANTED and SO ORDERED. Accordingly, IT IS HEREBY
4  ORDERED THAT:
5    1. The Action is dismissed without prejudice.
6    2. Each party is to bear its own costs and attorneys' fees.

8  IT IS SO ORDERED.

10 Dated: July 30, 2020

                                    _____
                                    HON. GEORGE H. WU
                                    UNITED STATES DISTRICT JUDGE